**Fill in this information to identify the case:**

Debtor name: VILLAGE JEWELRY AND LOAN, LTD.

United States Bankruptcy Court for the: NORTHERN District of ILLINOIS
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

| | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2019 to Filing date | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| For prior year: | From 01/01/2018 to 12/31/2018 | ☑ Operating a business<br>☐ Other _____ | $632,898.00 |
| For the year before that: | From 01/01/2017 to 12/12/2017 | ☑ Operating a business<br>☐ Other _____ | $617,715.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____ to Filing date | _____ | $_____ |
| For prior year: | From _____ to _____ | _____ | $_____ |
| For the year before that: | From _____ to _____ | _____ | $_____ |

Debtor  VILGE JEWELRY AND LOAN, LTD.  Case number (*if known*)_____
        Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None   SEE ATTACHED

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Creditor's name<br>Street<br>City State ZIP Code | _____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Creditor's name<br>Street<br>City State ZIP Code | _____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name<br>Street<br>City State ZIP Code<br>**Relationship to debtor** | _____ | $_____ | _____ |
| 4.2. | Insider's name<br>Street<br>City State ZIP Code<br>**Relationship to debtor** | _____ | $_____ | _____ |

Debtor  VILLAGE JEWELRY AND LOAN, LTD.                    Case number (if known) _____
        Name

### 5. Repossessions, foreclosures, and returns
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1. _____   _____   _____   $_____
     Creditor's name
     _____   _____
     Street
     _____
     City       State    ZIP Code

5.2. _____   _____   _____   $_____
     Creditor's name
     _____   _____
     Street
     _____
     City       State    ZIP Code

### 6. Setoffs
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

_____   _____   _____   $_____
Creditor's name
_____   _____
Street                    Last 4 digits of account number: XXXX– _ _ _ _
_____
City       State    ZIP Code

## Part 3: Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

7.1. IN RE: THE ESTATE OF FAYE ALPORT   RECOVERY CITATION

    Case number                          Name
                                         CIRCUIT COURT OF COOK CO PROBATE
    14 P 4661                            Street
                                         50 W. WASHINGTON

                                         City         State    ZIP Code
                                         CHICAGO      IL       60602

Status: ☑ Pending  ☐ On appeal  ☐ Concluded

7.2. Case title _____

    Case number                          Court or agency's name and address
    _____              Name _____
                                         Street _____
                                         City         State    ZIP Code

Status: ☐ Pending  ☐ On appeal  ☐ Concluded

Official Form 207       Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       page 3

Debtor   VILLAGE JEWELRY AND LOAN, LTD.    Case number (if known)_____
         Name

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $_____ |
| Street | Case title | Court name and address |
| City   State   ZIP Code | Case number | Name |
| | | Street |
| | Date of order or assignment | City   State   ZIP Code |

## Part 4:   Certain Gifts and Charitable Contributions

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| Street | | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |

## Part 5:   Certain Losses

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| _____ | _____ | _____ | $_____ |

Debtor    VILChangeAGE JEWELRY AND LOAN, LTD.    Case number (if known) _____
_____
Name

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❏ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.1. _____

**Address**
_____
Street

_____
City        State    ZIP Code

**Email or website address**
_____

**Who made the payment, if not debtor?**
_____

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.2. _____

**Address**
_____
Street

_____
City        State    ZIP Code

**Email or website address**
_____

**Who made the payment, if not debtor?**
_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

❏ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** _____ | _____ | | |

Debtor  **VILLAGE JEWELRY AND LOAN, LTD.**          Case number *(if known)*_____
        Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | VILLAGE PAWN, LLC | ASSUMPTION OF DEBT AND $5,000.00 SALE OF BUSINESS ASSETS | 01/02/2019 | $ 105,000.00 |
| | Address | | | |
| | Street: 2310 W. NORTH AVENUE | | | |
| | City/State/ZIP: MELROSE PARK, IL 60160 | | | |
| | Relationship to debtor | | | |
| 13.2. | Who received transfer? | | | $ |
| | Address | | | |
| | Street | | | |
| | City/State/ZIP | | | |
| | Relationship to debtor | | | |

## Part 7: Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street / City / State / ZIP Code | From _____ To _____ |
| 14.2. | Street / City / State / ZIP Code | From _____ To _____ |

Debtor  **VILLAGE JEWELRY AND LOAN, LTD.**   Case number (if known)_____
_____Name_____

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

|  | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name<br><br>Street<br><br>City    State    ZIP Code | <br><br>Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br><br> | <br><br>How are records kept?<br><br>Check all that apply:<br>☐ Electronically<br>☐ Paper |
| 15.2. | Facility name<br><br>Street<br><br>City    State    ZIP Code | <br><br>Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br><br> | <br><br>How are records kept?<br><br>Check all that apply:<br>☐ Electronically<br>☐ Paper |

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
Yes. Does the debtor serve as plan administrator?
☐ No. Go to Part 10.
☐ Yes. Fill in below:

Name of plan                                                                Employer identification number of the plan
_____              EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?
☐ No
☐ Yes

Debtor  VILLAGE JEWELRY AND LOAN, LTD.  Case number (if known) _____
        Name

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | PNC BANK<br>1 WINSTON PLAZA<br>MELROSE PARK, IL 60160 | XXXX–2 2 7 8 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 02/05/2019 | $ 0.00 |
| 18.2. | | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City  State  ZIP Code | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City  State  ZIP Code | Address | | ☐ No<br>☐ Yes |

Debtor  **VILLAGE JEWELRY AND LOAN, LTD.**  Case number *(if known)*_____
       Name

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | PNC BANK — Name<br>1 WINSTON PLAZA — Street<br>MELROSE PARK, IL 60160<br>City  State  ZIP Code | XXXX-2 2 7 8 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 02/05/2019 | $ 0.00 |
| 18.2. | _____ Name<br>_____ Street<br>_____<br>City  State  ZIP Code | XXXX-__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br>_____ Street<br>_____<br>City  State  ZIP Code | _____<br>_____<br>Address<br>_____ | _____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br>_____ Street<br>_____<br>City  State  ZIP Code | _____<br>_____<br>Address<br>_____ | _____ | ☐ No<br>☐ Yes |

Debtor  VILLAGE JEWELRY AND LOAN, LTD.  Case number (if known)_____
      Name

### 24. Has the debtor notified any governmental unit of any release of hazardous material?
☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City State ZIP Code | City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

### 25. Other businesses in which the debtor has or has had an interest
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City State ZIP Code | | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |
| 25.2. | Name<br>Street<br>City State ZIP Code | | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |
| 25.3. | Name<br>Street<br>City State ZIP Code | | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |

Debtor _____    Case number (if known) _____
      Name

### 26. Books, records, and financial statements

**26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**26a.1.**

Name and address

Name: PETER ZANAYED
Street: 8550 S HARLEM
City: BRIDGEVIEW,   State: IL   ZIP Code: 60455

Dates of service
From 10/30/18 To 03/08/19

**26a.2.**

Name and address

Name: 
Street: 
City:    State:    ZIP Code:

Dates of service
From _____ To _____

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**26b.1.**

Name and address

Dates of service
From _____ To _____

**26b.2.**

Name and address

Dates of service
From _____ To _____

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**26c.1.**

Name and address

If any books of account and records are unavailable, explain why

Debtor  VILLAGE JEWELRY AND LOAN, LTD.
        Name

Case number (if known) _____

**Name and address**

**If any books of account and records are unavailable, explain why**

26c.2.
Name
Street
City    State    ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

26d.1.
Name
Street
City    State    ZIP Code

**Name and address**

26d.2.
Name
Street
City    State    ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| RAY I TOME AND PETER ZANAYED | 01/02/2019 | $ 9,324.00 |

**Name and address of the person who has possession of inventory records**

27.1.  PETER ZANAYED
       Name
       8550 S. HARLEM
       Street
       BRIDGEVIEW              IL      60455
       City                    State   ZIP Code

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page **12**

Debtor  **VILLAGE JEWELRY AND LOAN, LTD.**
Name

Case number (*if known*) _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

**Name and address of the person who has possession of inventory records**

27.2. _____
Name

_____
Street

_____
City                State    ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| RAY I TOME | 6 N 894 Glenview Dr. St. Charles, IL | Pres/Shareholder | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. RAY I TOME | $5,000.00 | 01/02/19 | SALE |

Street
6 N. 894 GLENVIEW DRIVE

ST. CHARLES,        IL      60175
City             State    ZIP Code

Relationship to debtor
SHAREHOLDER / PRESIDENT

Debtor _____   Case number (if known) _____
           Name

### 30.2 Name and address of recipient

Name _____

Street _____

_____
City        State        ZIP Code

Relationship to debtor

_____

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?
- ☒ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?
- ☒ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/08/2019
             MM / DD / YYYY

✗ /s/ Ray Tome
Signature of individual signing on behalf of the debtor

Printed name  ISAAC R. TOME

Position or relationship to debtor  PRESIDENT

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
- ☐ No
- ☒ Yes

ADDENDUM TO SOFA #3

NO CREDITORS WERE PAID DIRECTLY BY VILLAGE JEWELRY AND LOAN, LTD. THEY WERE HOWEVER ASSUMED BY THE PURCHASER OF THE BUSINESS, VILLAGE PAWN, LLC.

CREDITORS ARE AS FOLLOWS:

| CREDITORS NAME AND ADDRESS: | DATES: | TOTAL AMOUNT: OR VALUE | REASON FOR PAYMENT OR TRANSFER |
|---|---|---|---|
| 1. JGCPA LENDERS, LLC<br>8550 S. HARLEM<br>BRIDGEVIEW, IL 60455 | 01/02/2019 | $11,643.09 | SECURED DEBT |
| 2. MIRO NALETKA<br>3636 HAWTHORNE<br>FRANKLIN PARK, IL 60131 | 01/02/2019 | $4,200.00 | UNSECURED LOAN REPAYMENTS |
| 3. DAVID VERA<br>4045 N. MOODY #2<br>CHICAGO, IL 60634 | 01/02/2019 | $5,000.00 | UNSECURED LOAN REPAYMENTS |
| 4. WELLEN CAPITAL<br>600 W. JACKSON BLVD #750<br>CHICAGO, IL 60661 | 01/02/2019 | $41,483.00 | UNSECURED LOAN REPAYMENTS |
| 5. REYNA NAVARRO<br>2842 W. RASCHER<br>CHICAGO, IL 60625 | 01/02/2019 | $3,700.00 | UNSECURED LOAN REPAYMENTS |
| 6. LA CARDIDA JEWELRY<br>3039 N. MILWAUKEE AVE<br>CHICAGO, IL 60618 | 01/02/2019 | $23,000.00 | SUPPLIER |